◼ In the Matter of CHARLES LE GAULT, Respondent, v CASSIE LE GAULT, Appellant. [784 NYS2d 424]—Appeal from an or-

der of the Family Court, Jefferson County (Richard V. Hunt, J.), entered August 23, 2002. The order awarded custody of the children to petitioner and visitation to respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Family Court. Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Hayes, JJ.